UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JULIA L. JAMES,

                      Plaintiff,        **MEMORANDUM**

     - v -

                                            CV-01-1106 (RJD)(VVP)

FEDERAL RESERVE BANK, et al.,

                      Defendants.
------------------------------------------------------------x

     By letter dated June 5, 2006, the plaintiff has advised the court of various matters relating to discovery, including information about the discussions that have been held with opposing counsel concerning the discovery the plaintiff has sought. As the letter does not appear to seek any judicial rulings, however, the court is taking no action with respect to the matters addressed in the letter at this time.

                                                             *Viktor V. Pohorelsky*

Dated:   Brooklyn, New York               VIKTOR V. POHORELSKY
          June 7, 2006                    United States Magistrate Judge