UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JULIA JAMES,

                Plaintiff,

      - v -

FEDERAL RESERVE BANK OF NEW YORK,

                Defendant.
------------------------------------------------------------x

**MEMORANDUM**

CV-01-1106 (ARR)(VVP)

      The plaintiff, pro se, has submitted a letter to the court dated February 2, 2009 seeking guidance from the court concerning an arrangement proposed by her former attorney for paying a judgment entered by the court in the amount of $15,250 in favor of the plaintiff and against her former attorney. That sum represented funds retained by the attorney from settlement proceeds in this action which the court determined were in excess of the fees to which the attorney was rightfully entitled. The attorney has proposed to pay the sum in three instalments. The plaintiff is concerned about whether such an arrangement is lawful, and wishes to receive "court approval for purposes of the statute of limitation." Pl. Ltr., Feb. 2, 2009, at p. 2 (Dkt. Ent. 211).

      The court is unaware of any legal impediment that would prohibit the payment arrangement proposed by the plaintiff's former attorney, and such arrangements for payment are common. As for "court approval for purposes of the statute of limitation," the court is unable to issue any order of approval that would affect any applicable statute of limitation, and the court cannot serve as legal advisor to the plaintiff in this regard (although the court is unaware of any statute of limitation that would affect the proposed payment arrangement).

                                                  *Viktor V. Pohorelsky*
                                                  VIKTOR V. POHORELSKY
                                                  United States Magistrate Judge

Dated: Brooklyn, New York
       February 12, 2009