UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JULIA JAMES,

                Plaintiff,

     - v -

FEDERAL RESERVE BANK OF NEW YORK,

                Defendant.
------------------------------------------------------------x

**MEMORANDUM**

CV-01-1106 (ARR)(VVP)

       The plaintiff, pro se, has submitted a letter to the court dated April 15, 2009 seeking guidance from the court concerning tax matters relating to the settlement proceeds she obtained through this litigation. It would be neither wise nor appropriate for the court to give guidance concerning these matters to any litigant, and the court accordingly must decline the plaintiff's request. Rather, the plaintiff should consult a tax professional such as a certified public accountant or an attorney with expertise in tax matters to obtain answers to the questions she wishes to raise.

                                   *Viktor V. Pohorelsky*
                                   VIKTOR V. POHORELSKY
                                   United States Magistrate Judge

Dated: Brooklyn, New York
       April 17, 2009